SUNETHRA MURALIDHARA, ESQUIRE
Nevada Bar No. 13549
WRIGHT MARSH & LEVY
300 S. Fourth Street, Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
smuralidhara@wmllawlv.com
Attorney for Vazquez-Durazo

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00155-RFB |
| Plaintiff, | |
| vs. | |
| MAYRA VAZQUEZ-DURAZO, | |
| Defendant. | |

**STIPULATION TO CONTINUE SENTENCING HEARING**
**(First Request)**

IT IS HEREBY STIPULATED AND AGREED, between the United States of America, by and through its attorney, CHRISTOPHER CHIOU, Acting United States Attorney, through KIMBERLY ANNE SOKOLICH, Assistant United States Attorney; and Defendant MAYRA VAZQUEZ-DURAZO, by and through her counsel, SUNETHRA MURALIDHARA, ESQUIRE, Wright Marsh & Levy, that the sentencing hearing currently scheduled for July 1, 2021, at 3:00 p.m. be vacated and set to a date and time convenient to this Court, but no sooner than ninety (90) days from the current sentencing date.

This stipulation is entered into for the following reasons:

1. Counsel for Defendant Ms. Vazquez-Durazo was appointed as CJA counsel on June 11, 2021. (ECF 68). Counsel has not yet received the file from prior defense counsel.

2. The parties need additional time to prepare for Defendant Vazquez-Durazo's sentencing hearing. Defense counsel also requires additional time to meet with Ms. Vazquez-Durazo and review documents, and prepare a sentencing memorandum.

3. The parties agree to the continuance. Ms. Vazquez-Durazo is currently detained and agrees to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

6. This is the first request for a continuance of the sentencing hearing.

Dated this 17th day of June, 2021.

Respectfully submitted:

| WRIGHT MARSH & LEVY | CHRISTOPHER CHIOU<br>ACTING UNITED STATES ATTORNEY |
|---|---|
| BY  /s/ Sunethra Muralidhara<br>SUNETHRA MURALIDHARA, ESQUIRE<br>Attorney for Mayra Vazquez-Durazo | BY  /s/Kimberly Anne Sokolich<br>KIMBERLY ANNE SOKOLICH<br>Assistant U.S. Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
    Plaintiff, )
             vs. )
MAYRA VAZQUEZ-DURAZO, )
    Defendant. )

CASE NO. 2:15-CR-00155-RFB

**ORDER**

Based on the Stipulation of the parties, the sentencing hearing in this matter is hereby continued. The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, and would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IS IT HEREBY ORDERED that the sentencing in the above-captioned matter currently scheduled for July 1, 2021, at 3:00 p.m., be vacated and continued to __October 7__, 2021, at __10:00__ _a_.m.

DATED: June 21, 2021

_____
RICHARD F. BOULWARE, II
United States District Judge

3