PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
2:15CR00155

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Mayra Vazquez-Durazo<br>1250 E. 10th Street, Unit 104A<br>Tucson, AZ 85719 | Nevada | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Richard F. Boulware | |
| | DATES OF PROBATION/SUPERVISED RELEASE: Supervised Release | FROM 10/14/2021 — TO 10/13/2024 |

OFFENSE
Title 21, U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A), Conspiracy to Distribute a Controlled Substance - Methamphetamine.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    DISTRICT OF    Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Arizona upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

May, 1, 2023
*Date*

*[signature]*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    DISTRICT OF    Arizona

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*    *United States District Judge*